UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTONIO SEWELL (#285972)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 11-780-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 26, 2012 (doc. no. 4). The plaintiff has filed an objection to the report which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's action is DISMISSED as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915 and 1915A.

Baton Rouge, Louisiana, this 16th day of February, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA